Donald E. ROBINSON, Plaintiff–
Appellant,

v.

Jeanette McBRIDE, Clerk of Court
Richland County in her individual and
official capacity; The City of Colum-
bia; The County of Richland, Defen-
dants–Appellees.

No. 13–6837.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2013.

Decided: Sept. 30, 2013.

Donald E. Robinson, Appellant Pro Se.

Before SHEDD, DUNCAN, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Donald E. Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Robinson's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Robinson's motion for appointment of counsel and affirm. *Robinson v. McBride,* No. 3:13–cv–00352–CMC, 2013 WL 2099707 (D.S.C. May 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*